IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: NUMOTION DATA INCIDENT LITIGATION,

Case No. 3:24-cv-00545

## ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE AND APPOINT INTERIM LEAD COUNSEL

Before the Court is Plaintiffs' motion (1) to consolidate the two pending cases related to a data breach on Defendant's information systems, and (2) to appoint J. Gerard Stranch, IV, as interim lead counsel. Because Plaintiffs' Counsel have agreed that Mr. Stranch should lead the class on an interim basis, the motion to appoint will be granted. Moreover, because the two above-captioned cases challenge the same underlying questions of law and fact—whether Defendant is liable to the putative class for its alleged failure to implement reasonable cybersecurity measures necessary to protect against the subject data breach—the Court will grant Plaintiffs' motion to consolidate the two cases.

Specifically, the Court orders as follows:

1. J. Gerard Stranch, IV, of Stranch, Jennings & Garvey, PLLC, is appointed to lead Plaintiffs' Counsel as Interim Lead Counsel and may take all actions contemplated by Rule 23 to prosecute this case, including negotiating and discussing the case with defense counsel, assigning work to other plaintiffs counsel and overseeing the progress of the case.

2. Case number 3:24-cv-00545 and 3:24-cv-00581 are consolidated and all future filing shall be made in case number 3:24-cv-00545. The parties and the clerk shall use the

1

following caption for future filings.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| IN RE: NUMOTION DATA INCIDENT LITIGATION, | Case No. 3:24-cv-00545 |
|---|---|

3. All future cases arising from this same factual pattern shall be consolidated into this case number.

4. Plaintiffs shall have thirty days from the entry of this Order to file a consolidated class complaint.

5. Defendant shall have thirty days from the date of service of the consolidated class action complaint to answer or otherwise respond.

**IT IS SO ORDERED**

_____
Hon. Aleta A. Trauger, District Judge