UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: NUMOTION DATA INCIDENT LITIGATION, | ) ) ) ) Case No. 3:24-cv-00545 ) ) Judge Aleta A. Trager ) ) ) ) ) |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant United Seating and Mobility, LLC d/b/a Numotion ("Numotion") moves to dismiss Plaintiffs' Consolidated Class Action Complaint for (1) failure to allege facts sufficient to support Article III standing and (2) failure to allege any cause of action upon which relief can be granted. This motion is based on the concurrently filed brief in support of this motion and all papers on record in this case.

| | |
|---|---|
| Respectfully submitted on August 14, 2024 | */s/ Kimberly M. Ingram-Hogan*<br>E. Todd Presnell (BPR 017521)<br>Kimberly M. Ingram-Hogan (BPR 35191)<br>**BRADLEY ARANT BOULT CUMMINGS LLP**<br>One 22 One<br>1221 Broadway, Suite 2400<br>Nashville, TN 37203<br>Telephone: (615) 252-2355<br>Facsimile: (615) 252-6355<br>tpresnell@bradley.com<br>kingram@bradley.com<br><br>Casie D. Collignon (*pro hac vice*)<br>Jason A. Orr (*pro hac vice*)<br>Keeley O. Cronin (*pro hac vice*)<br>**BAKER & HOSTETLER LLP**<br>1801 California Street, Suite 4400<br>Denver, CO 80202-2662<br>Telephone: (303) 861-0660<br>Facsimile: (303) 861-7805<br>ccollignon@bakerlaw.com<br>jorr@bakerlaw.com<br>kcronin@bakerlaw.com<br><br>*Counsel for Defendant United Seating and Mobility d/b/a Numotion* |

# CERTIFICATE OF SERVICE

I hereby certify that, on August 14, 2024, a true and correct copy of the foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

J. Gerard Stranch, IV (BPR 23045)
Grayson Wells (BPR 039658)
Andrew E. Mize (pro hac vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops (pro hac vice)
Amina A. Thomas (pro hac vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

Samuel J. Strauss (pro hac vice)
Raina Borelli (pro hac vice)
**STRAUSS BORELLI PLLC**
908 N. Michigan Avenue, Suite 1610
Chicago Illinois 60611
Tel: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Jeff Ostrow
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
65 Overhill Road
Bala Cynwyd, PA 19004
Tel: (954) 525-4100
ostrow@kolawyers.com

Andrew J. Shamis
**SHAMIS & GENTILE, PA**
14 NE 1st Avenue, Suite 1205
Miami, FL 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

                                                          */s/ Kimberly M. Ingram-Hogan*
                                                          Kimberly M. Ingram-Hogan