**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: NUMOTION DATA INCIDENT LITIGATION | Case No. 3:24-cv-545 |
| | Judge Aleta A. Trauger |

## <u>PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT</u>

Plaintiffs Shaun Ducrepin and Dulcie Walker ("Numotion I Plaintiffs"), as well as Jennifer Sylvester, Jason Peffley, James Forsythe, George Barron, Marie Guerrero, Cathy Goguen, and Jason Tapia ("Numotion II Plaintiffs") (collectively "Plaintiffs"), individually and on behalf of all others similarly situated ("Class Member" or "putative Class Members"), respectfully move the Court for order granting preliminary approval of the proposed Class Settlement. In support, Plaintiffs submits this motion and their contemporaneously filed memorandum, Counsel's declaration, and the Settlement Agreement along with its Exhibits.

WHEREFORE, Plaintiffs respectfully request the Court enter an order (1) conditionally certifying the Class for the purpose of the Settlement pursuant to federal Rule of Civil Procedure 23(a) and 23(b)(3); (2) preliminarily approving the Settlement as within range of possible final approval to warrant Class notification; (3) approving the proposed notice program as reasonable and providing ample due process; (4) appointing the proposed Settlement Administrator and ordering it to conduct the notice program; (5) conditionally appointing J. Gerard Stranch, IV of Stranch, Jennings & Garvey, PLLC as Class Counsel and Plaintiffs as Class Representatives; and (6) scheduling the Final Fairness Hearing.

Dated: November 4, 2025

Respectfully Submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

***Interim Lead Counsel for Plaintiffs***

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.01, I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 4th day of November 2025, upon the following:

E. Todd Presnell
Kimberly Michelle Ingram-Hogan
**BRADLEY ARANT BOULT CUMMINGS LLP**
1221 Broadway, Suite 2400
Nashville, TN 37203
Tel: 615-252-2355
tpresnell@bradley.com
kingram@bradley.com

Casie D. Collignon
Jason A. Orr
Keeley O. Cronin
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202
Tel: (303) 861-0660
ccollignon@bakerlaw.com
jorr@bakerlaw.com
kcronin@bakerlaw.com

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV