**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: NUMOTION DATA INCIDENT LITIGATION | Case No. 3:24-cv-00545<br><br>Judge Aleta A. Trauger |
| JENNIFER SYLVERSTER, JASON PEFFLEY, and JAMES FORSYTHE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED SEATING AND MOBILITY, LLC d/b/a NUMOTION,<br><br>Defendant. | Case No. 3:25-cv-00469<br><br>Judge Aleta A. Trauger |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL, ATTORNEYS' FEES, AND SERVICE AWARDS**

Plaintiffs Shaun Ducrepin and Dulcie Walker ("Numotion I Plaintiffs"), as well as Jennifer Sylvester, Jason Peffley, James Forsythe, George Barron, Marie Guerrero, Cathy Goguen, and Jason Tapia ("Numotion II Plaintiffs") (collectively "Plaintiffs") individually and on behalf of all others similarly situated ("Class Members" or "putative Class Members"), respectfully submits motion for final approval of the Class Settlement Agreement and for an award of their reasonable attorneys' fees and expenses and Service Awards. Defendant has reviewed this motion and does not oppose the relief requested herein. In support, Plaintiffs include the contemporaneously filed memorandum of points and authorities, the Declaration of J. Gerard Stranch, IV, as well as the Declaration of Andrea Dudinsky of Kroll Settlement Administration LLC, attached hereto as **Exhibit 1**.

Dated: February 16, 2026

Respectfully submitted by,

*<u>/s/ J. Gerard Stranch, IV</u>*

J. Gerard Stranch, IV (BPR 023045)
Grayson Wells (BPR 039658)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

***Attorneys for Plaintiff and the Putative Class***

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2026, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will serve on all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (BPR 23045)