# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: NUMOTION DATA INCIDENT LITIGATION | Case No. 3:24-cv-00545 <br><br> Judge Aleta A. Trauger |

## PLAINTIFFS' NOTICE OF FILING OF AMENDED [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL, ATTORNEYS' FEES, AND SERVICE AWARDS

Plaintiffs, by counsel, respectfully give notice of filing of the attached Exhibit A, which is the amended [Proposed] Order Granting Plaintiffs' Unopposed Motion for Final Approval, Attorneys' Fees, and Service Awards (the "Proposed Order"). Plaintiff files this amended Proposed Order to add language to clarify that "Settlement Class Members are not precluded from addressing, contacting, dealing with, or complying with requests or inquiries from any governmental authorities relating to the issues raised in this Settlement." Accordingly, Plaintiff respectfully files the Proposed order attached hereto as **Exhibit A** with the new language identified above in paragraph 17.

Dated: February 20, 2026

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)
Grayson Wells (TN BPR 039658)
**STRANCH, JENNINGS & GARVEY PLLC**
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
(615) 254-8801
gstranch@stranchlaw.com
gwells@stranchlaw.com

*Interim Lead Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of February, 2026, the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF filing system, which will serve all counsel of record.

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV (TN BPR 23045)